Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
RYDER MAJKO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| RYDER MAJKO, | ) |
| | ) |
| Plaintiff, | ) **Case No.: 21cv0933-BEN-AHG** |
| | ) |
| v. | ) |
| | ) |
| UNITY ASSET MANAGEMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Plaintiff, RYDER MAJKO, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant, UNITY ASSET MANAGEMENT, LLC, with prejudice.

                                               RESPECTFULLY SUBMITTED,

DATED:  May 26, 2021         By: /s/ Michael S. Agruss
                                                   Michael S. Agruss
                                                   Attorney for Plaintiff

- 2 -

## **CERTIFICATE OF SERVICE**

I certify that on May 26, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

```
                              By:  /s/ Michael S. Agruss
                                   Michael S. Agruss
```